UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CANDICE MCGOWAN GRIMSLEY AND ROBERT
GRIMSLEY,

                                RULE 7.1 DISCLOSURE

       Plaintiff(s),

  -against-                      DOCKET NO. 08 CV 5905
                                           (MGC, J)
NATIONS RECOVERY CENTER, INC.,

       Defendant(s).

------------------------------------------x

      Defendant, NATIONS RECOVERY CENTER, INC., alleges that it has no publicly traded parent companies.

Dated: August 12, 2008

                                                 _____
                                               MEL S. HARRIS AND ASSOCIATES LLC
                                               By: Arthur Sanders (as1210)
                                               Attorneys for defendant
                                               5 Hanover Square, 8th Floor
                                               New York, NY 10004
                                               212-660-1050